**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LISA BERNHARDT,

    Plaintiff,

vs.                                    Civ. No. 17-1201 KG/KK

SOCIAL SECURTIY ADMINISTRATION,
Nancy A. Berryhill, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order

Overruling Plaintiff's Objections to Magistrate Judge's Proposed Findings and Recommended

Disposition filed herewith, this matter is dismissed with prejudice.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE